UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL P. SWEENEY &
REGINA P. SWEENEY            : CHAPTER 13

                             : NO. 13-20421/AMC

DEBTOR'S RESPONSE
TO MOTION OF TOYOTA MOTOR CREDIT CORPORATION
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d)(1)

RESPONSE

Respondents, Michael and Regina Sweeney, by and through their counsel, Bradly E. Allen, Esquire, hereby answers Movant's Motion and avers the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. The averment in this paragraph is a legal conclusion to which no response is required and is therefore deemed denied.

5. Denied. The averment in this paragraph is a legal conclusion to which no response is required and is therefore deemed denied.

6. - 10. Denied. The averments in these paragraphs are legal conclusions to which no response is required and is therefore deemed denied.

WHEREFORE, Debtor's, respectfully requests that the Motion of Toyota Motor Credit Corporation for Relief from the Automatic Stay Under Section 362(d) be denied.

Date:  September 11, 2018                /s/BRADLY E. ALLEN
                                         BRADLY E. ALLEN
                                         Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MICHAEL P. SWEENEY AND
    REGINA P. SWEENEY

: CHAPTER 13

: NO: 13-20421/AMC

## ORDER

AND NOW, this _____ day of _____, 2018, it is hereby ORDERED AND DECREED that Movant, Toyota Motor Credit Corporation Motion for Relief from the Automatic Stay is hereby denied.

BY THE COURT;

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE