**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                          :           CHAPTER 13
    Michael P. Sweeney and Regina P. Sweeney
                                                                           :           NO. 13-20421/amc

**PRAECIPE TO WITHDRAW**
**DEBTOR'S RESPONSE TO MOTION OF**
**TOYOTA MOTOR CREDIT CORPORATION**
**FOR RELIEF FROM AUTOMATIC STAY**

TO THE CLERK:

Kindly withdraw Debtor's Response to Motion for Relief of Toyota Motor Credit Corporation.

                                                                                     /s/BRADLEY E. ALLEN
                                                                                    BRADLEY E. ALLEN,
                                                                                     Attorney for Debtor

Dated: 10/26/2018