**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL P. SWEENEY
    REGINA P. SWEENEY          : Chapter 13

          : No. 13-20421/BIF

**CERTIFICATION OF SERVICE**

    I, BRADLY E. ALLEN, attorney for Debtors, Michael and Regina Sweeney., do hereby verify that on October 26, 2018 I electronically served to the following a copy of a Praecipe to Withdraw Debtor's Response to Motion for Relief of Toyota Motor Credit Corporation:

    William C. Miller, Chapter 13 Trustee

    U.S. Trustee's Office

    Rebecca Ann Solarz
    on behalf of Toyota Motor Credit Corporation

A copy was served by regular first class mail to:

    Michael and Regina Sweeney
    3207 Lester Place
    Philadelphia, PA 19154

          **s/**Bradly E. Allen
          BRADLY E. ALLEN, ESQUIRE
          Attorney for Debtors