### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Regina P. Sweeney<br>          Michael P. Sweeney<br>                    Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                    Movant<br>        vs. | NO. 13-20421 AMC |
| Regina P. Sweeney<br>Michael P. Sweeney<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN: JTMBFREV9D5016917  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  30th    day of October   , 2018.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Regina P. Sweeney
3207 Lester Place
Philadelphia, PA 19154

Michael P. Sweeney
3207 Lester Place
Philadelphia, PA 19154

Bradly E. Allen, 7711 Castor Avenue,
Philadelphia, PA 19152

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532