*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael P. Sweeney and
Regina P. Sweeney
    Debtor(s)

Case No: 13–20421–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Response to Notice of Final Cure Payment Rule 3002.1 filed by Debtor Michael P. Sweeney, Joint Debtor Regina P. Sweeney Filed by Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A

on: 5/21/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/12/19

Timothy B. McGrath
Clerk of Court

126 – 123
Form 167