United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael P. Sweeney  
Regina P. Sweeney  
    Debtors

Case No. 13-20421-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 12, 2019  
                       Form ID: 167      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.  
db         +Michael P. Sweeney,    3207 Lester Place,    Philadelphia, PA 19154-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:

          BRADLY E ALLEN     on behalf of Debtor Michael P. Sweeney bealaw@verizon.net  
          BRADLY E ALLEN     on behalf of Joint Debtor Regina P. Sweeney bealaw@verizon.net  
          GERALD THOMAS CLARK     on behalf of Creditor     Philadelphia Gas Works gerald.clark@pgworks.com  
          HARRY B. REESE     on behalf of Creditor     WELLS FARGO BANK, N.A. harry.reese@pkallc.com,  
       chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
          JILL MANUEL-COUGHLIN     on behalf of Creditor     WELLS FARGO BANK, N.A. jill@pkallc.com,  
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
          KARINA VELTER     on behalf of Creditor     WELLS FARGO BANK, N.A. amps@manleydeas.com  
          KARINA VELTER     on behalf of Creditor     Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. amps@manleydeas.com  
          MARTIN A. MOONEY     on behalf of Creditor     Toyota Lease Trust ahight@schillerknapp.com,  
       ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com  
          REBECCA ANN SOLARZ     on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                       TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael P. Sweeney and
Regina P. Sweeney
        Debtor(s)

Case No: 13−20421−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Response to Notice of Final Cure Payment Rule 3002.1 filed by Debtor Michael P. Sweeney, Joint Debtor Regina P. Sweeney Filed by Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A

on: 5/21/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/12/19

Timothy B. McGrath
Clerk of Court

126 − 123
Form 167