**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Michael P. Sweeney and Regina P. Sweeney | | |
| | : | NO. 13-20421/amc |

**PRAECIPE TO WITHDRAW**
**DEBTOR'S OBJECTIONS TO RESPONSE**
**TO NOTICE OF FINAL CURE PAYMENT OF WELLS FARGO BANK, N.A.**

TO THE CLERK:

Kindly withdraw Debtor's Objections to Response to Notice of Final Cure Payment of Wells Fargo Bank, N.A. and cancel the hearing for July 2, 2019 at 11:00 a.m..

**/s/BRADLY E. ALLEN**
BRADLY E. ALLEN,
Attorney for Debtors

Dated: 7/1/2019