**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

:    CHAPTER 13

Michael P. Sweeney
Regina P. Sweeney

:    NO. 13-20421/amc

**CERTIFICATION OF SERVICE**

I, BRADLY E. ALLEN, attorney for Debtors, Michael P. and Regina P. Sweeney do hereby verify that on July 1, 2019 I mailed to the following a copy of the Praecipe to Withdraw Debtor's Objections to Response to Notice of Final Cure Payment of Wells Fargo Bank by regular first class mail:

Michael & Regina Sweeney
3207 Lester Place
Philadelphia, PA 19154

I electronically served the following:

Karina Velter, Esquire
on behalf of Wells Fargo Bank

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

s/**Bradly E. Allen**
**BRADLY E. ALLEN, ESQUIRE**